IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02380-BNB

JESUS HALL,

    Plaintiff,

v.

BROWN, RN, Individual Capacity,
ALLRED, Doctor, Individual Capacity,
MCDERMOT, HA, Individual Capacity, and
HAVER, Off., Individual Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a "Motion to Amend Compilaint [sic] and Have previous Exhibits Adopted" (ECF No. 8). The motion is GRANTED as follows: The exhibits attached to the original Complaint (*see* ECF No. 1, at 45-58; and No. 1-2), shall be deemed as attachments to the Amended Complaint (ECF No. 9), filed on October 27, 2014.

Dated: November 6, 2014