IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02380-CMA-KLM

JESUS O. HALL,

    Plaintiff,

v.

RN BROWN, in her individual capacity,
DR. ALRED, in his individual capacity,
HA MCDERMOT, in her individual capacity, and
OFF. HAVER, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Default of Judgement** [sic] [#19] and on Plaintiff's **Motion Ordering the Defendants to Respond to Plaintiff's Complaint** [#22]. Defendant filed a Motion to Dismiss [#17] on February 13, 2015. This filing included a certificate of service that the Motion to Dismiss was mailed to Plaintiff, who proceeds as an incarcerated pro se litigant. On March 4, 2015, Plaintiff's Motion for Default of Judgement [sic] [#19] was filed, indicating that he had not received an answer or other response to his Amended Complaint [#9]. Later that same day, Defendants filed a Certificate of Mailing/Service [#21], indicating that they again mailed a copy of the Motion to Dismiss to Plaintiff. Also on March 4, 2015, the Clerk of Court declined to enter default against Defendants. [#20]. On March 5, 2015, Plaintiff wrote the Motion Ordering the Defendants to Respond to Plaintiff's Complaint [#22], which was not received and docketed by the Clerk's Office until March 19, 2015. Thus, it appears that Plaintiff's second Motion was sent from his facility prior to his receiving the second copy of the Motion to Dismiss sent by Defendants on March 4, 2015. Because default has not been entered against Defendants, because Defendants have appeared and responded to Plaintiff's Amended Complaint, and because Plaintiff should now be in possession of Defendant's Motion to Dismiss,

    IT IS HEREBY **ORDERED** that the Motions [#19, #22] are **DENIED as moot**.

    Dated: March 23, 2015