IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02380-CMA-KLM

JESUS O. HALL,

    Plaintiff,

v.

RN BROWN, in her individual capacity,
DR. ALRED, in his individual capacity,
HA MCDERMOT, in her individual capacity, and
OFF. HAVER, in his individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Stay Case** [#27] (the "Motion"). The Motion is construed liberally because Plaintiff is proceeding pro se. Plaintiff also seeks leave to amend his complaint.

    IT IS HEREBY **ORDERED** that the Motion [#27] is **DENIED in part and GRANTED in part**, as follows.

    Regarding Plaintiff's request for a stay, this lawsuit has not yet entered the discovery stage, and there are no pending hearings or other deadlines which need to be stayed in this case. Accordingly, to the extent Plaintiff requests a stay, the Motion is **denied**.

    Regarding Plaintiff's request to file a Second Amended Complaint, the Motion is **granted**. Plaintiff may file a Second Amended Complaint **on or before June 15, 2015**. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Second Amended Complaint. Furthermore, Plaintiff must use the form complaint prescribed by this Court. D.C.COLO.LCivR 5.1(c).[1]

    Dated: May 28, 2015

---

[1] On May 27, 2015, the Clerk of the Court mailed a copy of the pro se prisoner complaint form to Plaintiff in response to a separate Letter [#28] making that request.