IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02380-CMA-KLM

JESUS O. HALL,

    Plaintiff,

v.

RN BROWN, in her individual capacity,
DR. ALRED, in his individual capacity,
HA MCDERMOT, in her individual capacity, and
OFF. HAVER, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend Complaint** [#32] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **DENIED as moot**. The relief sought by Plaintiff has already been obtained from the Court.[1]  *See Certificate of Service by Mail* [#30]; *Minute Order* [#31].

    Dated:  June 16, 2015

---

[1] It appears likely that Plaintiff mailed the Motion [#32] before he received the Court's mailings [#30, #31]. Plaintiff shall comply with the directives in the Minute Order [#31] regarding amendment of his complaint.