**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-2380-CMA-KLM

JESUS O. HALL,

    Plaintiff,

v.

BROWN, RN, in her individual capacity,
ALLRED, DR, in his individual capacity,
McDERMOTT, HA, in her individual capacity, and
HAVER, Off, in his individual capacity,

    Defendants.

**ORDER AFFIRMING AND ADOPTING THE AUGUST 17, 2015 RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO DISMISS**

This matter is before the Court on the August 17, 2015 Recommendation of United States Magistrate Judge Kristen L. Mix that Defendants' Motion to Dismiss (Doc. # 38) be granted. (Doc. # 45.) That Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Magistrate Judge Mix's Recommendation advised the parties that specific written objections, if any were to be made, were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 45 at 25-26.) None of the parties filed objections to Magistrate Judge Mix's Recommendation. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended

to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.")).

The Court has reviewed all of the relevant documents concerning Defendants' Motion to Dismiss and Magistrate Judge Mix's Recommendation. Based on this review, the Court concludes that Magistrate Judge Mix's thorough and comprehensive analysis and recommendation are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment. Therefore, the Court AFFIRMS and ADOPTS the Recommendation of Magistrate Judge Mix as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 45) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 38) is GRANTED. It is

FURTHER ORDERED that Plaintiff's Second Amended Complaint (Doc. # 35) is DISMISSED WITH PREJUDICE.

DATED: September 8, 2015               BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge