IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02380-CMA-KLM

JESUS O. HALL,

    Plaintiff,

v.

BROWN, RN, in her individual capacity,
ALLRED, DR, in his individual capacity,
MCDERMOT, HA, in her individual capacity, and
HAVER, off, in his individual capacity,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming the August 17, 2015 Recommendation of United States Magistrate Judge on Defendant's Motion to Dismiss of Judge Christine M. Arguello entered on September 8, 2015, it is

    ORDERED that the Recommendation of United States Magistrate Judge (Doc. 45) is AFFIRMED and ADOPTED as an order of this Court.  Pursuant to the Recommendation, it is

    ORDERED that Defendants' Motion to Dismiss (Doc. 38) is GRANTED.  It is

    FURTHER ORDERED that Plaintiff's Second Amended Complaint (Doc. 35) is DISMISSED WITH PREJUDICE.   It is

    FURTHER ORDERED that Defendants shall have their costs by  the filing of a

Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 9th day of September, 2015

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

            By:  s/  V. Barnes
                V. Barnes
                Deputy Clerk